IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:25-CV-118-FL

| | | |
|---|---|---|
| SEA FOAM 55, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| The Steamship PULASKI; her hull, cargo, | ) | |
| tackle, boilers, machinery and | ) | |
| appurtenances which lies approximately 40 | ) | |
| miles off the coast of North Carolina, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on plaintiff's motion for order issuing warrant for arrest. (DE 4). The court held hearing on the motion July 29, 2025. Counsel Stevenson L. Weeks, Esq., appeared for plaintiff, accompanied by Tim Hudson, plaintiff's operations manager. In this posture, the issues raised are ripe for ruling.

Plaintiff commenced this admiralty action July 1, 2025, and filed amended complaint July 7, 2025, asserting a "salvage award claim" (Count I) and a "possessory and ownership claim" (Count II), arising under the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, (hereinafter the "Supplemental Rules"). In the instant motion, plaintiff seeks an order, under Local Admiralty Rule E.2(a), authorizing the clerk to issue warrant for arrest against defendant,[1] and directing the United States Marshal to seize the cargo salvaged from defendant.

---

[1] The motion also requests the clerk to "issue summons." (DE 4 at 1). Where the clerk issued summons July 14, 2025 (DE 8), this part of the motion is terminated as moot.

Upon review of the verified complaint and supporting papers, and in conjunction with argument at hearing, the court determines that the conditions set forth in Supplemental Rule C exist and that the clerk should be authorized to issue the warrant of arrest against the cargo salvaged from defendant. Therefore, the motion is GRANTED, and the court DIRECTS the clerk to issue the warrant of arrest against defendant in the form attached hereto,[2] directing the United States Marshal to seize cargo salvaged from defendant. And to secure the jurisdiction of this court, plaintiff is DIRECTED to deliver to the court, within 14 days of the date of this order, an item recovered from the salvage site of defendant.

SO ORDERED, this the 7th day of August, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge

---

[2] The court supplants the proposed version of the warrant lodged on the docket with the warrant attached hereto, with formatting and style modified to conform to the court's preferences.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:25-CV-118-FL

| | | |
|---|---|---|
| SEA FOAM 55, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **WARRANT OF ARREST** |
| The Steamship PULASKI; her hull, cargo, tackle, boilers, machinery and appurtenances which lies approximately 40 miles off the coast of North Carolina, | ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

TO: United States Marshal for the Eastern District of North Carolina:

Whereas, an amended complaint seeking the arrest of the cargo salvaged from the Steamship PULASKI, has been filed in the United States District Court for the United States for the Eastern District of North Carolina on the July 7, 2025, by plaintiff Sea Foam 55, LLC, against the cargo salvaged from the Steamship PULASKI, for the reasons and causes in the said amended complaint mentioned, and praying for the usual process and order of the said court in that behalf to be made, and that all persons interested in the said the cargo salvaged from the Steamship PULASKI, may be cited in general and special to answer the premises, and all proceedings being had, that the cargo salvaged from the Steamship PULASKI may for the causes in the said complaint mentioned, be condemned and sold to pay the demands of the plaintiff;

YOU ARE HEREBY COMMANDED to attach the said the cargo salvaged from the Steamship PULASKI, and to detain the same in your custody until the further order of the court

respecting same, and to give due notice to all persons claiming the same, or knowing or having anything to say why the same should not be condemned and sold pursuant to the prayer of the said amended complaint, and make your return to this court thereafter.

    WITNESS, the Honorable Louise W. Flanagan, United States District Court Judge, this the 7th day of August, 2025.

_____
Deputy Clerk

## MARSHAL'S RETURN

In obedience to the within Warrant of Arrest, I attached the vessel, therein described on the \_\_\_\_\_ day of _____, 20\_\_\_\_ .

_____
U. S. MARSHAL

3

Case 4:25-cv-00118-FL   Document 14   Filed 08/07/25   Page 5 of 5